UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH STEEN
        Plaintiff

V.                                   CIVIL ACTION:12CV10199-RWZ

PORTFOLIO RECOVERY
        Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                                   APRIL 20, 2012

     The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

                                                       By the Court,

                                                       s/ Lisa A. Urso
                                                       Deputy Clerk